# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rutilo Luna-Juarez, | No. CV-26-04864-PHX-MAA |
| Petitioner, | **ORDER** |
| v. | |
| Todd Blanche, et al., | |
| Respondents. | |

Petitioner filed this action challenging his immigration detention.  (Doc. 1.)  In 2001, Petitioner entered the United States without inspection.  (*Id.* at 2.)  In June 2026, Petitioner was detained by immigration authorities and is subject to mandatory detention without bond.  (*Id.*)

Pursuant to General Order 26-09, the Court directed Respondents to respond to the Petition.  (Doc. 5.)  In response, Respondents state they "do not oppose the request for a bond hearing pursuant to 8 U.S.C. § 1226(a)."  (Doc. 8.)  But Petitioner's Petition raised multiple challenges to his detention and sought release from custody.  Because Respondents do not address Petitioner's additional claims and fail to provide any other justification for Petitioner's detention, the Court finds the arguments waived.  *See N-E-M-B v. Wamsley*, CV-25-00989-SI, 2025 WL 3527111, at *1 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such challenges and conceded those aspects of the Petition."); *Soleimani v. Larose*, CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3

(S.D. Cal. Nov. 24, 2025) (granting petition because, "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims"); *cf. Jenkins v. Cnty. of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) ("Jenkins abandoned her other two claims by not raising them in opposition to the County's motion for summary judgment.").

The Petition will therefore be granted, and Petitioner will be ordered released from custody immediately. *Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("The typical remedy for [unlawful] detention is, of course, release."); *see also Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973) ("[T]he traditional function of the writ is to secure release from illegal custody.").

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of July, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge

- 2 -